UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BULLOCK, ) | Case No. 1:11 cv-01286 AWI GSA |
| ) | |
| Plaintiff, ) | Magistrate Judge: Hon. Gary S. Austin |
| ) | |
| vs. ) | ORDER DECLINING TO ADOPT |
| ) | THE PARTIES' STIPULATION |
| FORD MOTOR COMPANY, and DOE ) | |
| 1 through DOE 10 inclusive, ) | |
| ) | |
| ) | (Doc. 24) |
| Defendants, ) | |
| _____ ) | |

The parties filed a stipulation on June 25, 2012, agreeing to a modification of this Court's Scheduling Order. (Doc. 24). The Court has reviewed the stipulation and declines to adopt it at the present time for the following reasons.

In the stipulation, the parties indicate a desire to move the discovery deadlines but that all other dates int the scheduling order will remain the same. More specifically, the proposed dates include moving the non-expert discovery deadline to November 2, 2012, and the expert discovery deadline to December 14, 2012.[1] Currently, the pre-trial conference is scheduled for January 9, 2013, and the trial is scheduled for March 5, 2013. Thus, the current dates proposed by counsel leave no time to file non-dispositive and/or dispositive motions. As such, the Court will not adopt

---

[1] Counsel also request that the expert witness disclosure be set for November 2, 2012 with a rebuttal expert deadline of November 16, 2012.

the stipulation as proposed.

Counsel may resubmit another stipulation. Any stipulation however, shall allow for two months between the filing of dispositive motions and the pre-trial conference, as well as two months between the pre-trial conference and trial. Counsel are also advised that Judge Ishii holds pre-trial conferences on Thursdays at 8:30 am and he begins trials on Tuesdays at 8:30 am.

IT IS SO ORDERED.

Dated:   **June 27, 2012**              /s/ **Gary S. Austin**
                                       UNITED STATES MAGISTRATE JUDGE