1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11 STEVEN BULLOCK,                              )   Case No. 1:11 cv-01286 AWI GSA
                                               )
12                        Plaintiff,           )   Magistrate Judge: Hon. Gary S. Austin
                                               )
13        vs.                                  )   ORDER GRANTING RELIEF FROM
                                               )   THE COURT'S SCHEDULING
14 FORD MOTOR COMPANY, and DOE )                   ORDER
   1 through DOE 10 inclusive,                 )
15                                             )
                                               )
16                        Defendants,          )
                                               )
17 _____ )

18

19        HAVING CONSIDERED THE REQUEST AND STIPULATION OF THE

20 PARTIES, and GOOD CAUSE APPEARING, the Court Orders as follows:

21

22        The Court's February 23, 2012 Scheduling Order is amended as follows:

23            a. The deadline for Non-Expert Discovery and Expert Disclosure shall

24        be extended from August 2, 2012 to November 2, 2012.

25            b. The deadline for Expert Rebuttal Disclosure shall be extended from

26        August 16, 2012 to November 16, 2012.

27 ///

28

1       c. The discovery cut cutoff deadline shall be extended from

2       August 2, 2012 to December 14, 2012.

3       d. The non-dispositive motion cutoff date shall be extended from

4       September 16, 2012 to December 21, 2012.

5       e. The dispositive motion cutoff date shall be extended from

6       October 7, 2012 to January 18, 2013.

7       f. The pre trial conference originally set for January 9, 2013 shall now

8       be set for March 21, 2013 at 8:30 a.m.

9       g. The trial date originally set for March 5, 2013 shall now be set for

10      May 29, 2013 at 8:30 a.m.

11      The parties are advised that further requests for extensions of time will be

12  viewed with disfavor.

13      IT IS SO ORDERED.

14      **Dated:**   **July 5, 2012**          **/s/ Gary S. Austin**
                                                UNITED STATES MAGISTRATE JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28