THE BICKEL LAW FIRM, INC.
Brian J. Bickel, State Bar No. 205646
Brian K. Cline, State Bar No. 246747
Erika N. Kavicky, State Bar No. 225052
erikakavicky@bickellawfirm.com
701 B Street, Suite 1200
San Diego, California 92101
Telephone:  (619) 374-4100
Facsimile:   (619) 231-9040

Attorneys for Plaintiff STEVEN BULLOCK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BULLOCK, | Case No. 1:11 CV-01286 AWI GSA |
| Plaintiff, | |
| vs. | ORDER DISMISSING THE ACTION |
| FORD MOTOR COMPANY, LLC and DOE 1 through DOE 10 inclusive, | |
| Defendants, | |

GOOD CAUSE APPEARING and pursuant to the parties' stipulation for dismissal under Rule 41(a)(1), it is hereby ORDERED that the instant action is DISMISSED WITH PREJUDICE and the Clerk shall close this case.

IT IS SO ORDERED.

Dated:   October 25, 2012                          _____
                                                                       CHIEF UNITED STATES DISTRICT JUDGE